UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOPHINA PHILIPINA,<br>　　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL,<br>　　　　　Defendant. | Case No.17-cv-05360-VKD<br><br>**JUDGMENT** |

This action having come before the Court on the parties' cross-motions for summary judgment and the Court having granted plaintiff's motion and denied defendant's cross-motion, IT IS ORDERED AND ADJUDGED THAT the Commissioner's final decision is remanded pursuant to sentence four of 42 U.S.C. § 405(g). This constitutes a final judgment under Federal Rule of Civil Procedure 58, and closes the case and terminates all pending motions.

**IT IS SO ORDERED.**

Dated: March 31, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge